January 8, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

NGAN BAO-NGUYEN LE A/K/A DILLION LE, Appellant

NO. 14-12-01018-CV                                V.

MINDY TRAN, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 25, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Ngan Bao-Nguyen Le a/k/a Dillion Le.

We further order this decision certified below for observance.